# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## US PROBATION OFFICE

**MYRON L. SMITH**  
Chief U.S. Probation Officer

PO Box 6199  
Hot Springs, AR 71901  
(501) 321-9526  
Fax - (501) 321-5689

January 15, 2009

Honorable Jimm Larry Hendren  
Chief United States District Judge  
John Paul Hammerschmidt Federal Building  
35 East Mountain Street, Suite 559  
Fayetteville, Arkansas 72701

                                              **RE:**    **BARRON, James Anthony**  
                                                             Dkt. No. 6:97CR60009-001  
                                                              **Status Report**

Dear Judge Hendren:

On December 17, 1997, the above named offender was sentenced in U.S. District Court for the Western District of Arkansas, Hot Springs Division, to one hundred sixty eight (168) months in the Bureau of Prisons for Possession With Intent to Distribute Crack Cocaine and being a Felon in Possession of a Firearm. On May 9, 2008, his sentence was reduced to one-hundred thirty seven (137) months by the Court. He was released from custody on May 18, 2008, to begin serving a three year term of supervised release.

On January 3, 2009, Barron was arrested by the Arkansas State Police and charged with Felony Fleeing, Failure to Merge for a Law Enforcement Vehicle, Criminal Mischief, No Driver's License, and No Seatbelt. He was released on $3,250 bond on the same date. The offender is scheduled to appear in Hot Springs District Court on these matters on January 27, 2009.

As these charges are currently pending in state court, no action on this is recommended at this time. The Court will be notified once the state charges have reached a disposition or if any further violations occur.

If you should have any questions, comments, or need further information concerning this matter, please do not hesitate to contact me at (501) 321-9526.

[✓]   Pursue the course of action stated

[ ]   Submit a Request for Modifying the Condition or Term of Supervision

[ ]   Submit a Request for Warrant or Summons

[ ]   Other

_____
Honorable Jimm Larry Hendren
Chief United States District Judge

1/20/09
Date

Respectfully Submitted,

Joel K. Humphrey
U. S. Probation Officer

Reviewed and Approved:

Jason S. Thibodeaux
Supervising U.S. Probation Officer

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JAN 2 [illegible]

CHRIS R. JOHNSON, CLERK

BY _____
      DEPUTY CLERK